# EXHIBIT A

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
06/04/2024
CT Log Number 546581842

## Service of Process Transmittal Summary

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in Georgia**

**FOR:** Costco Wholesale Corporation (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: KATHALEEN GATEWOOD // To: Costco Wholesale Corporation

**CASE #:** 24A03037

**NATURE OF ACTION:** Personal Injury - Failure to Maintain Premises in a Safe Condition

**PROCESS SERVED ON:** The Corporation Company, Cumming, GA

**DATE/METHOD OF SERVICE:** By Process Server on 06/04/2024 at 11:43

**JURISDICTION SERVED:** Georgia

**ACTION ITEMS:** CT has retained the current log, Retain Date: 06/05/2024, Expected Purge Date: 06/20/2024

Image SOP

Email Notification, Laura Aznavoorian laura_aznavoorian@gbtpa.com

Email Notification, Maureen Papier maureen_papier@gbtpa.com

Email Notification, Derek Snead dsnead@costco.com

**REGISTERED AGENT CONTACT:** The Corporation Company
410 Peachtree Parkway Suite 4245
Cumming, GA 30041
866-401-8252
LargeCorporationTeam@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Jun 4, 2024
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | COSTCO WHOLESALE CORPORATION |
| Case Number | 24A03037 |
| Jurisdiction | GA |

| Inserts | | |
|---|---|---|
| | | |

# STATE COURT OF DEKALB COUNTY
## GEORGIA, DEKALB COUNTY

No. ______________________

Date Summons Issued and Filed

______________________

______________________
Deputy Clerk

Deposit Paid $ ______________

[ ] ANSWER

[X] JURY

## SUMMONS

Kathaleen Gatewood

(Plaintiff's name and address)

vs.

COSTCO WHOLESALE CORPORATION

(Defendant's name and address)

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Law Firm of Walter Gabriel, LLC
(Name)
3340 Peachtree Road, Suite 500, Atlanta, GA 30326
(Address)
404-549-6742 (Phone Number) 695170 (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

---

| Defendant's Attorney | Third Party Attorney |
|---|---|
| Address | Address |
| Phone No. Georgia Bar No. | Phone No. Georgia Bar No. |

---

## TYPE OF SUIT

☐ Account
☐ Contract
☐ Note
☐ Trover

☒ Personal Injury
☐ Medical Malpractice
☐ Legal Malpractice
☐ Product Liability
☐ Other

Principal $ ______________

Interest $ ______________

Atty Fees $ ______________

☐ Transferred From ______________________

**(Attach BLUE to Original and WHITE to Service Copy of complaint)**

summons1-2008rev

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| KATHALEEN GATEWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| vs. | ) | |
| | ) | 24A03037 |
| COSTCO WHOLESALE CORPORATION, | ) | CASE NUMBER: ___________ |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR DAMAGES**

COMES NOW KATHALEEN GATEWOOD, and brings this Complaint for Damages, and shows the Court the following:

**JURISDICTION, VENUE, AND SERVICE OF PROCESS**

1.

Plaintiff KATHALEEN GATEWOOD is, and at all times material to this action, was a resident of the State of Georgia.

2.

Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Costco") is a foreign corporation authorized to transact business in the state of Georgia.

3.

Defendant COSTCO WHOLESALE CORPORATION owned and operated the property located at 500 Brookhaven Ave NE Atlanta, GA 30319 (hereinafter referred to as "the subject property" or "Defendant's property") at the time of the incident that is the subject of this lawsuit.

4.

The incident that is the subject of this lawsuit occurred at 500 Brookhaven Ave NE Atlanta, GA 30319, which is in DeKalb County, Georgia.

STATE COURT OF
DEKALB COUNTY, GA.
5/21/2024 3:00 PM
E-FILED
BY: Monique Roberts

5.

Venue is proper pursuant to O.C.G.A. § 14-2-510(b) and (b)(3).

6.

By virtue of the facts and allegations herein, this Court has proper jurisdiction and venue over the parties.

## STATEMENT OF FACTS

7.

Plaintiff hereby incorporates by reference Paragraphs 1 through 6 of this Complaint as if set forth verbatim herein.

8.

On July 21, 2022, Defendant owned, managed, operated, and/or controlled the subject property.

9.

On July 21, 2022, Plaintiff was an invitee at the subject property.

10.

On July 21, 2022, while Plaintiff was an invitee at Defendant's property, Plaintiff was walking toward the hot dog condiment counter when she slipped onto a wet spot on the floor.

11.

Plaintiff was assisted from her fall by a Costco employee who then notified a supervisor about the incident and began cleaning up the wet spot.

12.

As a result of Plaintiff's slip and fall, Plaintiff felt physical pain in several parts of her body.

13.

Plaintiff exercised ordinary care and diligence at all times herein and under the circumstances then existing.

14.

At the time of Plaintiff's fall, there were no signs, cones, or other communication devices present in Plaintiff's line of sight to alert Plaintiff and other shopping guests of the presence of spilled liquid that caused Plaintiff's injuries.

15.

At all times mentioned herein, Defendant, and agents and/or employees of Defendant, in the course and scope of their employment, had the legal duty to keep the premises of the subject property in a state consistent with the due regard for the safety of its lawful invitees, including Plaintiff KATHALEEN GATEWOOD.

**NEGLIGENCE**

16.

Plaintiff hereby incorporates by reference Paragraphs 1 through 15 of this Complaint as if set forth verbatim herein.

17.

At all times material to this action, pursuant to O.C.GA. § 51-3-1, Plaintiff was an invitee with respect to the subject property.

18.

At all times mentioned herein, Defendant COSTCO, and agents and/or employees of the Defendant, in the course and scope of their employment, had the legal duty to keep its premises of the subject property in a state consistent with the due regard for the safety of its lawful invitees, including KATHALEEN GATEWOOD.

19.

On July 21, 2022, Defendant breached its duties owed to KATHALEEN GATEWOOD. Specifically, Defendant caused, created and/or permitted an unsafe, dangerous condition on the subject property. Further, Defendant allowed such an unsafe and dangerous condition to continue to exist.

20.

On July 21, 2022, while lawfully on the property of Defendant, Plaintiff was injured because of the hazardous condition caused, created and/or permitted by Defendant.

21.

Plaintiff's injuries were caused by the negligence of Defendant in the ownership, operation, management, inspection, supervision, maintenance, and/ or control of its premises on the subject property.

22.

Because of the negligence of Defendant, Plaintiff sustained severe and painful personal injuries. Because of her injuries, Plaintiff incurred medical and other expenses for necessary treatment from doctors and health care providers. Additionally, Plaintiff may incur significant medical expenses as a direct result of the Defendant's negligence.

23.

Defendant had actual knowledge of the dangerous and hazardous conditions existing at the subject property due to the direct knowledge of its employees and agents.

24.

Defendant had constructive knowledge of the dangerous and hazardous conditions existing at the subject property through the knowledge of its employees and agents.

25.

Defendant negligently failed to maintain a policy, procedure or system of investigating, reporting and warning of the negligently maintained property.

26.

Because of the negligence of the Defendant, Plaintiff has sustained and Plaintiff will continue to suffer from physical pain and suffering and emotional distress in the future.

WHEREFORE, Plaintiff prays:

a) That Summons issue requiring Defendant to appear in this Court within the time provided by law to answer this Complaint;
b) That judgment be entered in favor of Plaintiff and against Defendant;
c) That Plaintiff be awarded special damages against Defendant in an amount shown by the evidence at trial;
d) That Plaintiff be awarded general damages against Defendant, in an amount to be determined by the enlightened conscience of an impartial jury at trial;
e) That Plaintiff be awarded her attorney's fees and expenses of litigation;
f) That Plaintiff be awarded a trial by jury on all triable issues of fact; and
g) That Plaintiff have such other and further relief as this Court deems just and proper.

This 21st day of May, 2024.

**LAW FIRM OF WALTER GABRIEL**

*Walter Gabriel*
Walter Gabriel, Esq.
Georgia Bar No: 695170
Attorney for Plaintiff

3340 Peachtree Road Suite 500
Atlanta, GA 30326

STATE COURT OF
DEKALB COUNTY, GA.
5/21/2024 3:00 PM
E-FILED
BY: Monique Roberts

Phone 404.549.6742
Fax 404.549.6627
gabrielw@waltergabriel.com